## In re Charles W. WILLIAMS, Appellant.

No. 2014–1486.

United States Court of Appeals, Federal Circuit.

March 11, 2015.

William S. Morriss, Frost Brown Todd LLC, Cincinnati, OH, argued for appellant.

Monica Barnes Lateef, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee. Also represented by, Nathan K. Kelley, Lore A. Unt, Molly R. Silfen, Thomas W. Krause.

DYK, WALLACH, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.